**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR 06-0859-1-PHX-DGC |
| ) | |
| Philip A. Fonsworth-McCorvey, ) | **DETENTION ORDER** |
| ) | |
| Defendant. ) | |
| _____) | |

On February 1, 2007, defendant Philip A. Fonsworth-McCorvey appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds by a preponderance of the evidence that defendant has committed the violation set forth in Allegation 1, and the Court further finds by clear and convincing evidence that the defendant has violated Allegation 2 in the petition and that there is no condition or combination of conditions available to the Court short of possible placement at the Recovery Homes half way house facility. 18 U.S.C.§ 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending evaluation for possible placement at Recovery Homes.

DATED this 1st day of February, 2007.

_____
David K. Duncan
United States Magistrate Judge